162 A.3d 288

IN THE MATTER OF ANDREY V. ZIELYK, AN ATTORNEY
AT LAW (ATTORNEY NO. 026891986)

June 15, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–165, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **ANDREY V. ZIELYK,** formerly of **PARSIPPANY,** who was admitted to the bar of this State in 198 6, and who has been

temporarily suspended from the practice of law since February 10, 2015, should be censured for violating *RPC* 8.1(b)(failure to cooperate with disciplinary authorities) and *RPC* 8.4(d) (engaging in conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ANDREY V. ZIELYK** is hereby censured; and it is further

ORDERED that **ANDREY V. ZIELYK** remain suspended from practice pursuant to the Orders of the Court filed February 10, 2015, and September 24, 2015, and until further Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.